**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LAVORIS McGHEE**                                                                              **PLAINTIFF**

**v.**                                                  **CASE NO. 4:24-CV-00775-BSM**

**NS RETAIL HOLDINGS, LLC**                                                        **DEFENDANT**

**<u>JUDGMENT</u>**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE